146 A.3d 161

IN THE MATTER OF ARTURO SUAREZ-SILVERIO, AN
ATTORNEY AT LAW (ATTORNEY NO. 037112000)

October 6, 2016

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15-291, concluding that as matter of reciprocal discipline pursuant to *Rule* 1:20-14, **ARTURO SUAREZ-SILVERIO** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 2002, should be suspended from the practice of law for a prospective period of one year based on discipline imposed in New York for unethical conduct that in New Jersey constitutes violations of *RPC* 1.1(a)(gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 3.3(a)(1) (false statement of fact or law to a tribunal), *RPC* 3.4(c)(knowingly disobeying an obligation under the rules of a tribunal), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **ARTURO SUAREZ-SILVERIO** is suspended from the practice of law for a period of one year, effective November 1, 2016, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent comply with *Rule* 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20-20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b) (15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC*

8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10-2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.